UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Carver Maritime, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> M/V MSC MICHIGAN VII, IMO 9196864, ) <br> her engines, boilers, tackle, appurtenances, ) <br> etc., *in rem*, and MSC Shipmanagement, ) <br> Ltd. and Kyveli Oceanway, Ltd., *in* ) <br> *personam*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 2:24-cv-3419 DCN <br><br><br><br> (NON-JURY) |

ORDER AUTHORIZING ISSUANCE OF WARRANT IN ACTION IN REM

AFTER *ex parte* hearing and after review of the Verified Complaint and supporting papers in this action, it appears that the conditions for an action *in rem* exist, and after due consideration of Plaintiff's prayer for an order authorizing the issuance of a warrant for arrest of the Defendant Vessel; it is

HEREBY ORDERED that the Clerk of this Court shall issue a Warrant for Arrest in Action *in rem* for the arrest of the Defendant Vessel, its engines, boilers, tackle, furniture, equipment, freights, appurtenances, etc. in accordance with Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules for Civil Procedure; and it is

FURTHER ORDERED that the owner, charterer, master, ranking officer, or person in charge of the vessel shall take notice that a person asserting a right of possession or ownership interest of said vessel is entitled to a hearing before a judge of this Court on not less than three (3) days written notice to counsel for Plaintiff and, at said hearing, shall be entitled to an order vacating

the arrest forthwith and granting other appropriate relief, unless Plaintiff shows cause at the hearing why such an order should not be granted.

    SO ORDERED at Charleston, South Carolina on June 10, 2024.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE