UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| Carver Maritime, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2:24-cv-03419-DCN |
| | ) | |
| M/V MSC MICHIGAN VII, IMO 9196864, her engines, boilers, tackle, appurtenances, etc., *in rem*, and MSC Shipmanagement, Ltd. and Kyveli Oceanway, Ltd., *in personam*, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | (NON-JURY) |

## **WARRANT FOR ARREST OF VESSEL IN ACTION IN REM**

TO U.S. MARSHALS SERVICE, or to such other officer as may be appointed to serve process in this action, Greetings:

WHEREAS, a Verified Complaint has been filed in the United States District Court for the District of South Carolina, by the above Plaintiff, against the above-named Defendant Vessel, its engine, boiler, tackle, equipment, furniture, freight, apparel, and appurtenances, *in rem*, for the sale of the Vessel and for damages in the natures stated, plus such pre-judgment interest as may accrue and plus such costs as may be awarded, for the reasons and causes in said Verified Complaint mentioned, and praying the process of the Warrant of Arrest of said Vessel, and that all persons interested in the said Vessel and other property may be cited in general and special to answer the premises, and all proceedings being had that the said Vessel may, for the causes in said Verified Complaint mentioned, be sold to satisfy the demands of Plaintiff:

**YOU ARE THEREFORE COMMANDED UPON THE AUTHORITY OF THIS COURT** to forthwith seize the Defendant Vessel, to detain the same in your custody, to serve the Vessel by attaching a copy of the process of this Court in a conspicuous place in the wheel house of the Vessel, to promptly transfer possession of the Vessel to this Court's Substitute Custodian, and to give due notice to all persons claiming the same, or knowing, or having anything to say why the same should not be sold to satisfy the demands of Plaintiff pursuant to the prayer of the said Verified Complaint, that such persons or entities must file there verified statement of right of interest with the Clerk of this Court within ten (10) days after the execution of this process, or within such additional time as may be allowed by the Court, and must serve their Answer within twenty (20) days after the filing of said claim, or must otherwise intervene in the above-captioned action as prescribed by the Federal Rules of Civil Procedure.

**YOU ARE FURTHER COMMANDED** to return this process after execution for prompt filing with the Clerk of this Court.

**CLAIMANT is required to file a verified statement of right or interest with the Clerk of this Court and to answer or object to said Complaint and to answer or object to any interrogatories, or otherwise intervene in the above-captioned action within the time above fixed, or as set forth in the Supplemental Admiralty Rules, Federal Rules of Civil Procedure; otherwise, the Plaintiff may seek and this Court may grant an Interlocutory or Final Judgment as may be proper. This Warrant is issued pursuant to Rule C, at the request of Attorney for Plaintiff, Albert G. Bilbrey, Jr., Esquire, Cooper & Bilbrey, P.C., PO BOX 22513, Charleston, SC 29413, telephone (843) 883-9099.**

Date Warrant Issued: June  10 , 2024

                                      ROBIN L. BLUME, CLERK
                                      UNITED STATES DISTRICT COURT
                                      DISTRICT OF SOUTH CAROLINA

By: s/H.Cornwell (Seal) 
    Deputy Clerk