| U.S. Department of Justice<br>United States Marshals Service | RECEIVED<br>JUN 10 2024 | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>Carver Maritime, LLC | COURT CASE NUMBER<br>2:24-cv-03419-DCN |
|---|---|
| DEFENDANT<br>M/V MSC MICHIGAN VII (IMO 9196864) | TYPE OF PROCESS<br>Vessel Arrest |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jimmy Lucas, James D. Lucas, Jr. Co. LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Columbus Street Terminal, 30 Johnson Street, Charleston, SC 29403

RECEIVED JUN 10 2024

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Albert G. Bilbrey, Jr., Esq.<br>Cooper & Bilbrey, PC<br>POX BOX 22513<br>Charleston, SC 29413 | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

s/ Albert G. Bilbrey, Jr.

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>(931) 265-8390 | DATE<br>06/10/2024 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 71 | District to Serve<br>No. 71 | Signature of Authorized USMS Deputy or Clerk<br>Sonya Adam | Date<br>6/10/24 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Jimmy Lucas (Substitute Custodian) | Date<br>06/10/2024 | Time<br>1330 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address (complete only different than shown above)<br>Columbus Street Terminal<br>30 Johnson Street<br>Charleston, SC 29403 | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

2 DUSM @ $65 per hour × 2 hours + (6 miles × .67 / 3) = $261.34

U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carver Maritime, LLC | 2:24-cv-03419-DCN |
| DEFENDANT | TYPE OF PROCESS |
| M/V MSC MICHIGAN VII (IMO 9196864) | Vessel Arrest |

**RECEIVED JUN 10 2024**

**SERVE AT:**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: M/V MSC MICHIGAN VII (IMO 9196864), her engines, boilers, tackle, appurtenances, etc.
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Columbus Street Terminal, 30 Johnson Street, Charleston, SC 29403

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Albert G. Bilbrey, Jr., Esq.  
Cooper & Bilbrey, PC  
POX BOX 22513  
Charleston, SC 29413

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 3
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

s/ Albert G. Bilbrey, Jr.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
TELEPHONE NUMBER: (931) 265-8390  
DATE: 06/10/2024

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 71 | 71 | Sonya Adams | 6/10/24 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Konstantin Kveselevich (MSC Michigan VII Captain)  
Date: 06/10/2024   Time: 1330 ☒ pm  
Address (complete only different than shown above):  
Columbus Street Terminal  
30 Johnson Street  
Charleston, SC 29403

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

2 DUSM @ $65 per hour × 2 hours + (6 miles × .67/3) = $261.34

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285  
Rev. 11/18

U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "*Instructions for Service of Process by U.S. Marshal*"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carver Maritime, LLC | 2:24-cv-03419-DCN |
| DEFENDANT | TYPE OF PROCESS |
| M/V MSC MICHIGAN VII (IMO 9196864) | Vessel Arrest |

**RECEIVED JUN 10 2024**

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: SC Ports Authority, Columbus Street Terminal
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Columbus Street Terminal, 30 Johnson Street, Charleston, SC 29403

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Albert G. Bilbrey, Jr., Esq.  
Cooper & Bilbrey, PC  
POX BOX 22513  
Charleston, SC 29413

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 3
- Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

s/ Albert G. Bilbrey, Jr.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
TELEPHONE NUMBER: (931) 265-8390  
DATE: 06/10/2024

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.  
Total Process: 1  
District of Origin No.: 71  
District to Serve No.: 71  
Signature of Authorized USMS Deputy or Clerk: Sonya Adam  
Date: 6/10/24

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):  
Travis Ellis (OPS Team Leader)

Address (complete only different than shown above):  
Columbus Street Terminal  
30 Johnson Street  
Charleston, SC 29403

Date: 06/10/2024  
Time: 1330 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

2 DUSM @ $65 per hour × 2 hours + (6 miles × .67/3) = $261.34