UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Carver Maritime, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> M/V MSC MICHIGAN VII, IMO 9196864, ) <br> her engines, boilers, tackle, appurtenances, ) <br> etc., *in rem*, and MSC Shipmanagement, ) <br> Ltd. and Kyveli Oceanway, Ltd., *in* ) <br> *personam*, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No.: 2:24-cv-03419-DCN <br><br><br><br><br><br><br><br><br><br><br>(NON-JURY) |

## CONSENT AMENDED SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, this Court's Scheduling Order dated August 7, 2024, [Entry No. 21] is amended as follows:[1]

1. <u>Rule 26(a)(1) Initial Disclosures</u>: No later than **November 8, 2024,** the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.

2. <u>Rule 26(f) Report</u>: No later than **October 11, 2024**, the parties shall file a Fed. R. Civ. P. 26(f) Report in the form attached to this order.

3. <u>Local Civil Rule 26.03 Interrogatories</u>: No later than **November 8, 2024**, the parties shall file responses to Local Civil Rule 26.03 Interrogatories.

4. <u>Amendment of Pleadings</u>:  Motions to join other parties and amend the pleadings shall be filed no later than **January 29, 2025**.

---

[1] The deadlines for Rule 26(a)(1) Initial Disclosures and Local Civil Rule 26.03 Interrogatory Responses have been extended to allow sufficient time for the parties to explore whether an early resolution is possible given that new relevant information is anticipated in the near future.

5. <u>Expert Witnesses</u>: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates:

   Plaintiff: **February 10, 2025**

   Defendants: **April 23, 2025**

6. <u>Discovery</u>: Discovery shall be completed no later than **July 1, 2025**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. All depositions must be taken before this deadline.

7. <u>Motions in Limine</u>: Motions in limine must be filed **at least three weeks prior to jury selection**.

8. <u>Dispositive Motions</u>: All dispositive motions and all Daubert motions shall be filed on or before **July 9, 2025**.

9. <u>Mediation</u>: Pursuant to Local Civil Rule 16.04-.12, mediation shall be completed in this case on or before **August 1, 2025**. Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.03.

10. Trial: This case will go to trial during the term of court beginning **September 1, 2025**.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

October 17, 2024
Charleston, South Carolina